IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN MICHAEL FAIRCHILD,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>SHANE NELSON,<br><br>　　　　　　Respondent. | **MEMORANDUM DECISION &<br>ORDER DENYING CERTIFICATE<br>OF APPEALABILITY**<br><br>Case No. 2:17-CV-1317 DN<br><br>District Judge David Nuffer |

Based on the Tenth Circuit's limited remand, the Court considers whether to issue a certificate of appealability (COA) here. *See* R.11, Rs. Governing § 2254 Cases in the United States District Courts ("The district court must issue or deny a [COA] when it enters a final order adverse to the applicant.").

When a habeas petition is denied on procedural grounds, as this one was, a petitioner is entitled to a COA only if he shows that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (citing 28 U.S.C.S. § 2253 (2018)). Petitioner has not made this showing.

　　　**IT IS THEREFORE ORDERED** that a COA is **DENIED**.

　　　DATED this 15th day of October, 2019.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　JUDGE DAVID NUFFER
　　　　　　　　　　　　　United States District Court